**Order entered September 23, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-01081-CV

## BARBARA LINDSEY, Appellant

## V.

## MAX F. ADLER, M.D., P.A. F/K/A PARK CITIES DERMATOLOGY CENTER A/K/A COPPELL DERMATOLOGY; MAX F. ADLER; LINDA L. WHITE; AND JOHN DOES, Appellees

**On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-19-07358**

## ORDER

Before the Court is appellant's September 21, 2021 unopposed motion to amend and supplement her opening brief to correct an error in the duplication of page 26 of the appendix to the brief. We **GRANT** the motion and **ORDER** the amended brief be filed no later than October 5, 2021.

The deadline for filing appellees' brief(s) is **RESET** to November 4, 2021.

/s/     CRAIG SMITH
        JUSTICE